# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MUHAMMAD AHMAD ABDALLAH    :
AL ANSI, *et al.*,    :
   :
       **Petitioners,**    :
   :
       v.    :        **Civil Action No. 08-1923 (GK)**
   :
BARACK H. OBAMA, *et al.*,    :
   :
       **Defendants.**    :

## ORDER

Upon consideration of Petitioners' Motion for a Scheduling Order and Merits Hearing, it is hereby

**ORDERED**, that the Motion is **granted**; and it is further

**ORDERED**, that a Status Hearing is scheduled for **June 2, 2010, at 10:15 a.m.**; and it is further

**ORDERED**, that by **May 26, 2010**, parties are to submit a detailed Status Report as to precisely what discovery issues are in dispute, the estimated time for Petitioners' Merits Hearing, and any other outstanding issues which need to be addressed.[1]

May 18, 2010             /s/
                                 Gladys Kessler
                                 United States District Judge

**Copies via ECF to all counsel of record**

---

[1] The Court knows that Petitioners' counsel is handling this case on a pro bono basis and is from outside this jurisdiction. However, it is important that all counsel are familiar with our Local Rules, in particular, LCvR 7(c), which makes the handling of motions more efficient.